UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | | |
|---|---|---|
| ERIC McMILLIAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:13-CV-814-FL |
| PAUL COUSINS; DR. HUNT; and | ) | |
| N.C. STATE UNIVERSITY, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendants' motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 16, 2014, and for the reasons set forth more specifically therein, that defendants' motion to dismiss is granted. The plaintiff shall have and recover nothing from this action.

**This Judgment Filed and Entered on July 16, 2014, and Copies To:**

Alexander McClure Peters (via CM/ECF Notice of Electronic Filing)
Eric M. McMillian (via U.S. Mail) 509 Glenwood Avenue, Apt. 908, Raleigh, NC 27603

July 16, 2014          JULIE A. RICHARDS, CLERK
                           /s/ Christa N. Baker
                          (By) Christa N. Baker, Deputy Clerk